ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

NORTHERN DISTRICT OF TEXAS
FILED
NOV 27 2006
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| DARRYL RAYNARD GORDON, ) | |
| ID # 690822, ) | |
| Petitioner, ) | |
| vs. ) | No. 3:05-CV-0115-H |
| ) | ECF |
| NATHANIEL QUARTERMAN, Director, ) | |
| Texas Department of Criminal ) | |
| Justice, Correctional Institutions Division, ) | |
| Respondent. ) | |

## ORDER ADOPTING THE FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, filed November 9, 2006, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are ADOPTED as the Findings and Conclusions of the Court.

SIGNED this 27 day of Nov., 2006.

_____
UNITED STATES DISTRICT JUDGE